IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLARENCE ABRAM,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                   **CASE NO. 4:18-CV-00575-BSM**

**SEECO, INC.,** *et al.*                                                                   **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 62] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party bearing its own costs and fees.

IT IS SO ORDERED this 4th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE