IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLARENCE ABRAM,** *et al.*                                                              **PLAINTIFFS**

**v.**                            **CASE NO. 4:18-CV-00575-BSM**

**SEECO, INC.,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE